## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

| | | |
|---|---|---|
| ANTHONY JOHNSON, | : | No. 121 EM 2019 |
| Petitioner | : | |
| v. | : | |
| COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 11th day of December, 2019, the Application for Leave to File Original Process is GRANTED. The Petition for Writ of Mandamus and/or Extraordinary Relief is GRANTED to the extent it seeks mandamus relief. The Court of Common Pleas of Philadelphia County is DIRECTED to dispose of Petitioner's pending filings within 90 days.

The Prothonotary is DIRECTED to serve this order on the President Judge of the Court of Common Pleas of Philadelphia County.